IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY PETTIS,

      Petitioner,                  No. CIV S-09-1489 EFB P

     vs.

ANTHONY HEDGPETH,

      Respondent.             ORDER

                             /

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

       2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2              United States District Court
               Eastern District of California
3              2500 Tulare Street
               Fresno, CA 93721
4

5    DATED: June 4, 2009.

6                                          _____
                                           EDMUND F. BRENNAN
7                                          UNITED STATES MAGISTRATE JUDGE

2